In the Matter of MORRIS M. KREINDLER (Also Known as MORRIS MURRAY KREINDLER and M. MURRAY KREINDLER), an Attorney, Respondent.

ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK, Petitioner.

First Department, July 2, 1943.

*Einar Chrystie* for petitioner.

*Edward J. Chapman* for respondent.

*Per Curiam.* On his own testimony respondent is guilty of either bribery or perjury and should be disbarred.

MARTIN, P. J. TOWNLEY, GLENNON, COHN and CALLAHAN, JJ., concur.

Respondent disbarred.